TIMOTHY G. YEUNG (SBN 186170)
tyeung@publiclawgroup.com
STEVE CIKES (SBN 235413)
scikes@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
555 Capitol Mall, Suite 600
Sacramento, California 95814
Telephone: (916) 258-8800
Facsimile:  (916) 258-8801

Attorneys for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SHASTA (erroneously sued herein as
SHASTA COUNTY MARSHAL'S OFFICE), and JOEL DEAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME SCHMIDT, DEBRA KNOWLES, ELIZABETH SAMPSON, AND RYAN HENRIOULLE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY MARSHAL'S OFFICE AND JOEL DEAN,<br><br>　　　　Defendants. | Case No. 2:14-CV-02471-MCE<br><br>**AMENDED[1] JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES** |

　　　　Pursuant to Federal Rule of Civil Procedure 16(b) and Eastern District Local Rule 143, Defendants Superior Court of California, County of Shasta[2] and Joel Dean (collectively, "Defendants") and Plaintiffs Jaime Schmidt, Debra Knowles, Elizabeth Sampson and Ryan Henrioulle ("Plaintiffs") hereby stipulate and agree as follows.

　　　　WHEREAS, on October 21, 2014, Plaintiffs filed their Complaint (Docket No. 1) in this action. In their Complaint, Plaintiffs allege that, while employed in the Marshal's Office of the Superior Court of California, County of Shasta, they were subjected to discrimination, harassment and retaliation, in

---

[1] This amended stipulation and proposed order supersedes the stipulation and proposed order filed on November 17, 2015 (Docket No. 13), in order to cure certain typographical errors in that document pertaining to the proposed, new pretrial dates.

[2] Erroneously sued herein as Shasta County Marshal's Office.

1  violation of federal and state discrimination laws.

2      WHEREAS, on December 12, 2014, Defendants filed an Answer (Docket No. 6) to Plaintiffs'
3  Complaint, denying Plaintiffs' claims in their entirety and asserting a variety of separate and additional
4  defenses.

5      WHEREAS, on April 10, 2015, the Court issued a Pretrial Scheduling Order (Docket No. 10),
6  setting various pretrial and trial deadlines, including a January 22, 2016 deadline for completing
7  discovery and a July 14, 2016 deadline for hearing any dispositive motions.

8      WHEREAS, to date, the parties have completed some discovery in this matter.  For example, in
9  June 2015, the parties exchanged initial disclosures.  Moreover, in September 2015, Defendants
10 propounded some written discovery on Plaintiffs, to which Plaintiffs, after receiving a three-week
11 extension, recently responded to.

12     WHEREAS, due to the fact that there are four individual Plaintiffs (each with their own separate
13 sets of employment histories, factual allegations and legal claims), the parties do not believe they will be
14 able to complete discovery in this matter by the January 22, 2016 deadline.  This is particularly so given
15 that in order to complete discovery by the current deadline, the parties would have to complete all
16 depositions within the next two months (notwithstanding the upcoming holidays).

17     WHEREAS, the parties anticipate that additional time will assist in their respective prosecution
18 and defense of this action and wish to continue the pretrial deadlines set forth in the Court's Pretrial
19 Scheduling Order by approximately 90 days (see chart below).  In light of the above circumstances, and
20 given that neither party has previously requested an extension of any of the pretrial dates set in this
21 matter, pursuant to Rule 16(b)(4) good cause exists for the relief requested herein.

22     NOW THEREFORE, based on the foregoing, the parties respectfully request that the Court
23 continue the pretrial deadlines in the following manner:

| Subject | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Cut-Off | January 22, 2016 | April 22, 2016 |
| Settlement Conference Statements | February 11, 2016 | May 12, 2016 |
| Settlement Conference | February 18, 2016 | May 19, 2016 |
| Disclosure of Expert Witnesses | March 23, 2016 | June 23, 2016 |

| Dispositive Motions | July 14, 2016 | October 20, 2016 |
| --- | --- | --- |
| Joint Final Pretrial Conference Statement | November 9, 2016 | January 19, 2017 |
| Evidentiary/Procedural Motions | November 9, 2016 | January 19, 2017 |
| Trial Briefs | November 16, 2016 | January 26, 2017 |
| Final Pretrial Conference | December 1, 2016 | February 9, 2017 |
| Trial | January 23, 2017 | April 3, 2017 |

**IT IS SO STIPULATED.**

Dated:  December 1, 2015                                RENNE SLOAN HOLTZMAN SAKAI LLP

By:   */s/ Timothy G. Yeung*
Timothy G. Yeung
Attorneys for Defendants

Dated:  December 1, 2015                                LAW OFFICES OF ANTHONY J. POIDMORE

By:   */s/ Anthony J. Poidmore* (as authorized on 11/17/15)
Anthony J. Poidmore
Attorney for Plaintiffs

**ORDER**

The Court adopts the parties' stipulation, with the dates modified by the Court, as its order.

IT IS SO ORDERED.

Dated:  December 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-3-

JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES;
Case No. 2:14-CV-02471-MCE