TIMOTHY G. YEUNG (SBN 186170)
tyeung@rshslaw.com
STEVE CIKES (SBN 235413)
scikes@rshslaw.com
RENNE SLOAN HOLTZMAN SAKAI LLP
555 Capitol Mall, Suite 600
Sacramento, California 95814
Telephone: (916) 258-8800
Facsimile:  (916) 258-8801

Attorney for Defendants
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SHASTA (erroneously sued herein as
SHASTA COUNTY MARSHAL'S OFFICE), and
JOEL DEAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME SCHMIDT, DEBRA KNOWLES, ELIZABETH SAMPSON, AND RYAN HENRIOULLE,<br><br>    Plaintiffs,<br><br>v.<br><br>SHASTA COUNTY MARSHAL'S OFFICE AND JOEL DEAN<br><br>    Defendants. | Case No. 2:14-CV-02471-MCE<br><br>**ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE INDIVIDUAL MOTIONS FOR SUMMARY JUDGMENT AS TO EACH PLAINTIFF OR, IN THE ALTERNATIVE, TO EXCEED PAGE LIMITS** |

On June 14, 2016, Defendants Superior Court of California, County of Shasta and Joel Dean (collectively, "Defendants") filed an ex parte application seeking leave to file individual motions for summary judgment as to each of the four Plaintiffs in this case or, in the alternative, to file memoranda in support of a single motion for summary judgment in excess of the page limits set forth in the Court's Pretrial Scheduling Order.

Having considered Defendants' application (which is unopposed), and good cause appearing therefor, the Court hereby rules as follows:

///

///

Defendants' ex parte application is **GRANTED in part**.

The parties may file memoranda in support of (and in opposition to) a single motion for summary judgment in excess of the page limits set forth in the Court's Pretrial Scheduling Order.  In particular, Defendants may file an opening memorandum not to exceed 50 pages and a reply memorandum, not to exceed 20 pages.  Plaintiffs may file an opposition memorandum not to exceed 50 pages.

IT IS SO ORDERED,

DATED:  June 29, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

ORDER ON DEFENDANTS' EX PARTE APPLICATION - Case No. 2:14-CV-02471-MCE