
Clayeo C. Arnold, Esq., SBN 65070
Anthony J. Poidmore, SBN 51346
Joshua H. Watson, SBN 238058
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: jwatson@justice4you.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SCHMIDT, DEBRA KNOWLES, ELIZABETH SAMPSON, AND RYAN HENRIOULLE, <br><br> Plaintiffs, <br><br> vs. <br><br> SHASTA COUNTY MARSHAL'S OFFICE AND JOEL DEAN; <br><br> Defendants. | Case No.: 2:14-cv-02471-MCE <br><br> ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE LATE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CONTINUE SUMMARY JUDGMENT-RELATED DATES <br><br> DATE:     TBD <br> TIME:     TBD <br> JUDGE:   Hon. Morrison C. England, Jr. |

Having considered Plaintiffs' EX PARTE APPLICATION FOR LEAVE TO FILE LATE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CONTINUE SUMMARY JUDGMENT- RELATED DATES, and finding good cause therefore, the Court rules as follows:

1. The Application is GRANTED.
2. Plaintiffs' Opposition to Motion for Summary Judgment, if any, shall be due to be filed no later than October 7, 2016.
3. Defendants' Reply shall be filed not later than November 10, 2016.
4. The October 20, 2016, hearing on Defendants' Motion for Summary Judgment is VACATED and CONTINUED to November 17, 2016, at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: October 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE