1  TIMOTHY G. YEUNG (SBN 186170)
   tyeung@publiclawgroup.com
2  STEVE CIKES (SBN 235413)
   scikes@publiclawgroup.com
3  RENNE SLOAN HOLTZMAN SAKAI LLP
   555 Capitol Mall, Suite 600
4  Sacramento, California 95814
   Telephone: (916) 258-8800
5  Facsimile:  (916) 258-8801

6  Attorneys for Defendants
   SUPERIOR COURT OF CALIFORNIA,
7  COUNTY OF SHASTA (erroneously sued herein as
   SHASTA COUNTY MARSHAL'S OFFICE), and JOEL DEAN
8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11  JAIME SCHMIDT, DEBRA KNOWLES,          Case No. 2:14-CV-02471-MCE
    ELIZABETH SAMPSON, AND RYAN
12  HENRIOULLE,
                                           **STIPULATION AND ORDER TO CONTINUE**
13         Plaintiffs,                     **HEARING ON DEFENDANTS' MOTION FOR**
                                           **SUMMARY JUDDGMENT**
14  v.

15  SHASTA COUNTY MARSHAL'S OFFICE
    AND JOEL DEAN,
16
           Defendants.
17

18         Pursuant to Eastern District Local Rule 230(f), Defendants Superior Court of California, County

19  of Shasta[1] and Joel Dean (collectively, "Defendants") and Plaintiffs Jaime Schmidt, Debra Knowles,

20  Elizabeth Sampson and Ryan Henrioulle ("Plaintiffs") hereby stipulate and agree as follows.

21         WHEREAS, on August 25, 2016, Defendants filed a motion for summary judgment or, in the

22  alternative partial summary judgment and scheduled a hearing on that motion for October 20, 2016.

23  (ECF No. 25.)

24         WHEREAS, on September 30, 2016, Plaintiffs filed an ex parte application requesting an

25  extension of time to file their opposition to Defendants' summary judgment motion as well as a

26  continuance of the October 20, 2016 hearing scheduled on that motion.  (ECF No. 32.)

27

28
   _____
   [1] Erroneously sued herein as Shasta County Marshal's Office.

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY
JUDMENT; Case No. 2:14-CV-02471-MCE

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

1    WHEREAS, on October 7, 2016, the Court entered an order granting Plaintiffs' ex parte

2    application and rescheduled the hearing on Defendants' summary judgment motion for November 17,

3    2016.  (ECF No. 39.)

4    WHEREAS, counsel for Defendants are not available on the newly-rescheduled November 17,

5    2016 hearing date due to prior commitments.  They are, however, available on the Court's next available

6    hearing date – i.e., December 1, 2016.  Counsel for Plaintiffs are likewise available on December 1,

7    2016.

8    NOW THEREFORE, based on the foregoing, the parties respectfully request that the Court

9    continue the November 17, 2016 hearing on Defendants' motion for summary judgment (ECF No. 25) to

10   December 1, 2016 at 2:00 p.m.

11   **IT IS SO STIPULATED.**

12   Dated:  October 19, 2016                RENNE SLOAN HOLTZMAN SAKAI LLP

13
     By:_____/s/_____
14                                          Steve Cikes
                                            Attorneys for Defendants
15
     Dated:  October 19, 2016                CLAYEO C. ARNOLD, A PROFESSIONAL LAW
16                                                  CORPORATION

17
     By:_____/s/_____
18                                          Joshua H. Watson
                                            Attorney for Plaintiffs
19
20       I hereby attest that I have obtained concurrence for the filing of this document for any signatures

21   indicated by a "conformed" signature (/s/) within this e-filed document.

     Dated:  October 14, 2016                /s/_____
22                                          Steve Cikes

23                                              **ORDER**

24       IT IS SO ORDERED.

25   Dated:  October 19, 2016

26

27   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE
28

---

STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT; Case No. 2:14-CV-02471-MCE