UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME SCHMIDT,<br><br>        Plaintiff,<br><br>    v.<br><br>SHASTA COUNTY MARSHAL'S OFFICE, et al.,<br><br>        Defendants. | No. 2:14-cv-02471-MCE-DMC<br><br>**SUPPLEMENT TO AMENDED FINAL PRETRIAL ORDER** |

As a supplement to this Court's Amended Final Pretrial Order (ECF No. 103), the parties may use a footer, instead of physical exhibit stickers or the electronic exhibit stamp, to mark exhibits. The footer must be in the following format: Case Number, Case Name, Party Offering Exhibit, Exhibit Number or Letter, Page of Exhibit with length of exhibit.[1]

DATED: July 2, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Example of exhibit stamp footer.

2:14-cv-02471, Schmidt v. Shasta    Plaintiff's Exhibit 1    Page 1 of 3

1