# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SCHMIDT, DEBRA KNOWLES, ELIZABETH SAMPSON, AND RYAN HENRIOULLE, <br><br> Plaintiffs, <br><br> vs. <br><br> SHASTA COUNTY MARSHAL'S OFFICE AND JOEL DEAN, <br><br> Defendants. | Case No.: 2:14-cv-02471-MCE <br><br><br> **ORDER** |

The Court has been notified that the appeals in this matter have been voluntarily dismissed.  See ECF Nos. 183, 184.  Accordingly, the Clerk of the Court is directed to re-close this case and serve this Order on the Clerk of the Court for the United States Court of Appeals.

IT IS SO ORDERED.

Dated: July 14, 2020

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1